Lori N. Brown (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com
*Attorney for Defendant Nohayia Javed, Esq.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARM HOSPITALITY LLC d/b/a WINGATE BY WYNDHAM ELKO,<br><br>Plaintiff,<br><br>vs.<br><br>NOHAYIA JAVED, ESQ.; and WEST TOWN BANK & TRUST; DOES I-X; ROE BUSINESS ENTITIES XI-XX,<br><br>Defendants. | CASE NO. 2:25-cv-00282-APG-BNW<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**<br><br>(First Request) |

Plaintiff, Charm Hospitality LLC d/b/a Wingate by Wyndham Elko, Defendant Nohayia Javed, Esq., and Defendant Capital Bank, fka West Town Bank & Trust, pursuant to Fed. R. Civ. P. 26 and U.S.Dist.Ct. Rules D. Nev. LR IA 6-1, collectively move for an extension of the current deadline to "Amend Pleadings and Add Parties." The Court's current scheduling order entered June 4, 2025, [ECF 29], sets the deadline to amend pleadings and add parties for **July 22, 2025**. Javed has a pending Motion to Stay Discovery [ECF 35] that has not yet been ruled upon by the Court. As of today's date, Javed's Motion to Dismiss [ECF 17] also remains pending in this case. Javed has not filed an initial pleading and therefore cannot amend any pleading nor add any parties should she need to do so. This is the first request for an extension of deadlines (aside from the pending Motion to Stay Discovery) and is not requested for the purpose of delay. This stipulated Motion is supported by good cause and the Court's record in this matter.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     Legal Authority**

A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. LR 6-1. A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. LR 26-3. A motion or stipulation to extend a discovery deadline or to reopen discovery must include: (a) a statement specifying the discovery completed; (b) a specific description of the discovery that remains to be completed; (c) the reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and (d) a proposed schedule for completing all remaining discovery.

**II.    Discovery Completed**

The parties have exchanged Initial Disclosures under Rule 26(f). Plaintiff served written discovery requests on each Defendant; each Defendant has responded to those requests.

**III.   Discovery Remaining**

All fact witness depositions and expert disclosures and discovery remain to be completed per the Court's current scheduling order.

**IV.    Reasons why the extension is required; no other discovery dates are affected**

Defendant Javed has not yet answered the complaint due to her pending motion to dismiss, and she is therefore unable to complete any amendments to a pleading or add any parties to this case at this time. Plaintiff and Defendant Capital Bank may need to amend pleadings or add parties based upon the pleading that may ultimately be filed by Defendant Javed. The parties agree that a 30-day extension will allow time for further Rule 26(f) discussion about an appropriate deadline for completing amendments to pleadings and adding any further parties to the proceeding, without impacting the remainder of the

1  discovery schedule. All other deadlines in the current discovery plan will be unaffected
2  by this extension.

3  **V.   Conclusion**

4  Based upon the current status of the pleadings, the parties request that this Court
5  enter the order submitted with this stipulated motion to extend the deadline for amending
6  pleadings and adding parties until August 22, 2025.

8  Dated this 22nd day of July, 2025.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Lori N. Brown*
    Lori N. Brown
    *Attorneys for Defendant Nohayia Javed, Esq.*

**KUNG & BROWN**

By: /s/ *A.J. Kung w/ permission*
    A.J. Kung, Esq.
    1020 Garces Avenue
    Las Vegas, Nevada 89101
    *Counsel for Plaintiff Charm Hospitality LLC dba Wingate by Wyndham Elko*

**KEMP JONES**

By: */s/ Nathanael Rulis w/ permission*
Nathanael Rulis, Esq.
3800 Howard Hughes Parkway, 17th FL
Las Vegas, NV 89169
*Counsel for Defendant West Town Bank & Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

/s/ Lupe Alabado

**ORDER**

The Court having reviewed the Stipulated Motion of the Parties to Extend Deadline for Amending Pleadings and Adding Parties, and good cause appearing, **IT IS HEREBY ORDERED** that the deadline for amending pleadings and adding parties is extended until **August 22, 2025**.

DATED this __23__ day of __July__, 2025.

_____
The Honorable U.S. Magistrate Judge