A.J. Kung, Esq.
Nevada Bar No. 7052
**KUNG & BROWN**
1020 Garces Ave.
Las Vegas, NV 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
ajkung@ajkunglaw.com
        *Counsel for Plaintiff Charm Hospitality LLC*
        *and Galaxy Management Company, LLC*

**KUNG & BROWN**
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

CHARM HOSPITALITY LLC D/B/A WINGATE BY WYNDHAM ELKO,

        Plaintiff,

v.

NOHAYIA JAVED, ESQ.; and WEST TOWN BANK & TRUST DOES I-X; ROE BUSINESS ENTITIES XI-XX,

        Defendants.

CASE NO.: 2:25-cv-00282-RFB-BNW

**STIPULATION TO CONTINUE HEARING ON MOTION TO QUASH SUBPOENAS DUCES TECUM TO KUNG & BROWN AND GALAXY MANAGEMENT COMPANY, LLC [ECF NO. 74]**

        A.J. Kung, Esq. of the Law Office of Kung & Brown, counsel of record for Plaintiff, Charm Hospitality, LLC dba Wingate By Wyndham Elko and non-party Galaxy Management Company, LLC, requested the parties stipulate to a continuance of the currently scheduled hearing on the Motion to Quash Subpoenas Duces Tecum to Kung & Brown and Galaxy Management Company, LLC, due to a calendar conflict. Defendant, Nohayia Javed, Esq., by and through counsel, Christine Stutz, Esq. of Gordon Rees Scully Mansukhani, LLP, requested to expedite the hearing to an earlier date or one as close as possible to the current date due to impending discovery deadlines. However, due to the Court's calendar and the schedules of counsel, the earliest date

available is October 30, 2025. Therefore, Defendant Javed, and Defendant, West Town Bank & Trust, by and through its counsel, Nathaneal R. Rulis, Esq. of Kemp Jones, LLP, hereby agree and stipulate to continue the hearing on the Motion to Quash Subpoenas Duces Tecum to Kung & Brown and Galaxy Management Company, LLC [ECF No. 74], currently scheduled to take place on October 14, 2025 at 10:30 a.m., to **October 30, 2025** at **2:30 p.m.**

Dated this 8th day of October 2025                    Dated this 8th day of October 2025

**KUNG & BROWN**                                        **GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ A.J. Kung                                      By: /s/ Christine B. Stutz
A.J. Kung, Esq.                                        Christine B. Stutz, Esq.
1020 Garces Ave.                                       Lori N. Brown, Esq.
Las Vegas, NV 89101                                    Two North Central Avenue, Suite 2200
        *Counsel for Plaintiff Charm Hospitality*      Phoenix, AZ 85004
        *LLC and Galaxy Management*                            *Counsel for Defendant Nohayia Javed,*
        *Company, LLC*                                         *Esq.*

Dated this 8th day of October 2025

**KEMP JONES, LLP**

By: /s/ Francesca Bergeret-Simpson
Francesca Bergeret-Simpson, Esq.
Nathaneal R. Rulis, Esq.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
        *Counsel for Defendant West Town*
        *Bank & Trust*

**KUNG & BROWN**
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

1

## <u>ORDER</u>

The Court having reviewed the Stipulation to Continue Hearing on Motion to Quash Subpoenas Duces Tecum to Kung & Brown and Galaxy Management Company, LLC [ECF No. 74], and good cause appearing, **IT IS HEREBY ORDERED** that the hearing on the Motion to Quash Subpoenas Duces Tecum to Kung & Brown and Galaxy Management Company, LLC [ECF No. 74], currently scheduled to take place on October 14, 2025 at 10:30 a.m. is continued to **October 30, 2025** at **2:30 p.m.**

_____

The Honorable U.S. Magistrate Judge

DATED: October 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October 2025, a true and correct copy of the foregoing document by the method indicated below:

☐     **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐     **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

☐     **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒     **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case and addressed to the following:

AJ Kung     ajkung@ajkunglaw.com, paralegal4@ajkunglaw.com, paralegal5@ajkunglaw.com

Francesca M Bergeret-Simpson     f.bergeret-simpson@kempjones.com

Lori N. Brown     lbrown@grsm.com, jgerblick@grsm.com, cstutz@grsm.com

Nathanael R Rulis     n.rulis@kempjones.com, a.lott@kempjones.com, p.mcafee@kempjones.com

_/s/ Kathryn Thomas_____
An employee of Kung & Brown

KUNG & BROWN
1020 Garces Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720