Lori N. Brown (SBN: 8858)
Christine B. Stutz, *pro hac vice*
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com
*Attorney for Defendant Nohayia Javed, Esq.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHARM HOSPITALITY LLC d/b/a WINGATE BY WYNDHAM ELKO,<br><br>Plaintiff,<br><br>vs.<br><br>NOHAYIA JAVED, ESQ.; and WEST TOWN BANK & TRUST; DOES I-X; ROE BUSINESS ENTITIES XI-XX,<br><br>Defendants. | CASE NO. 2:25-cv-00282-RFB-BNW<br><br>**STIPULATION TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE**<br><br>(Second Request) |

Defendant, Nohayia Javed, Esq., by and through counsel, Christine Stutz, Esq. of Gordon Rees Scully Mansukhani, LLP, requested the parties stipulate to a continuance of the currently scheduled Rebuttal Expert Disclosure Deadline of November 21, 2025. This request was due to calendar conflicts among counsel and representatives for Plaintiff being unavailable for depositions until mid-November 2025. Currently, depositions are scheduled for November 7, 18, 19 and 20. Defendant(s) allege that these depositions are critical to Plaintiff's claims and Defendant's defenses in this matter.

In order to allow adequate time for the preparation of the transcripts and the review of same by the experts, the parties stipulate to move the deadline for rebuttal expert disclosures from November 21, 2025, to **December 12, 2025**.

-1-

Dated this 20th day of October 2025.

| | |
|---|---|
| **KUNG & BROWN**<br><br>By: */s/ A.J. Kung* (with permission)<br>A.J. Kung, Esq.<br>1020 Garces Ave.<br>Las Vegas, NV 89101<br>*Counsel for Plaintiff Charm Hospitality LLC* | **GORDON REES SCULLY MANSUKHANI, LLP**<br><br>By: */s/ Christine B. Stutz*<br>Christine B. Stutz, Esq.<br>Lori N. Brown, Esq.<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004<br>*Counsel for Defendant Nohayia Javed, Esq.* |

**KEMP JONES, LLP**

By: */s/ Nathanael R. Rulis* (with permission)
Nathanael R. Rulis, Esq.
Francesca Bergeret-Simpson, Esq.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
*Counsel for Defendant West Town Bank & Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a notice of electronic filing to all counsel and parties of record.

*/s/ Jessica C. Gerblick*_____

## ORDER

The Court having reviewed the Stipulation to Extend Rebuttal Expert Disclosure Deadline, and good cause appearing, **IT IS HEREBY ORDERED** that the deadline for Rebuttal Experts is extended to **December 12, 2025**. All other deadlines in the Court's previous Order [ECF 69] remain in effect.

_____
The Honorable U.S. Magistrate Judge

DATED: October 21, 2025